UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-406 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DAVID ALVARADO, | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 30 day of January, 2001.

UNITED STATES MAGISTRATE JUDGE

FEB 02 2001