UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-406 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| DAVID ALVARADO, Defendant, | ) | |
| HIWAY FEDERAL CREDIT UNION, Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 6, 2002, is hereby released.

Dated: 6/3/02

Magistrate Judge
United States District Court

JUN 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK